1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8985
      Facsimile: (415) 744-0134
7     E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| OLGA M. BOWLES, | CIVIL NO. 1:09-CV-00926 DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, and with the approval of the Court as provided below, that Defendant shall have an extension of time of thirty (30) days to respond to Plaintiff's Opening Brief.

This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to review the file and prepare a responsive brief, in light of counsel's current heavy briefing schedule in District Court and Ninth Circuit cases. For the foregoing reasons, Defendant makes this first request for a 30-day extension of time to file his responsive brief.

Respectfully submitted,

Dated: February 10, 2010                 */s/ Denise B. Haley*
                                          (As authorized via e-mail)
                                          DENISE B. HALEY
                                          Attorney for Plaintiff

Dated: February 10, 2010                 BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Brenda M. Pullin*
                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 11, 2010**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE