BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| OLGA M. BOWLES,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-00926 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

     IT IS HEREBY STIPULATED by the parties, through their respective counsel, and with the approval of the Court as provided below, that Defendant shall have an extension of time of thirty (30) days to respond to Plaintiff's Opening Brief.

     This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to review the file and prepare a responsive brief, in light of counsel's current heavy briefing schedule in District Court and Ninth Circuit cases. For the foregoing reasons, Defendant makes this first request for a 30-day extension of time to file his responsive brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 10, 2010 | */s/ Denise B. Haley* |
|  | (As authorized via e-mail) |
|  | DENISE B. HALEY |
|  | Attorney for Plaintiff |
| Dated: February 10, 2010 | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | */s/ Brenda M. Pullin* |
|  | BRENDA M. PULLIN |
|  | Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   February 11, 2010**              **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE