IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA M. BOWLES, ) | 1:09cv0926 DLB |
| ) | |
| ) | ORDER GRANTING STIPULATION |
| Plaintiff, ) | FOR THE AWARD AND PAYMENT OF |
| ) | ATTORNEY FEES PURSUANT TO THE |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | (Document 21) |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

 On June 1, 2010, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that the Law Offices of Lawrence D. Rohlfing, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300.00). This amount represents compensation for all legal services rendered by Denise Bourgeois Haley and the Law Offices of Lawrence D. Rohlfing on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

 The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation. The stipulation constitutes a compromise

1

settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses. The stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. The stipulation does not settle, or compromise the question of whether Denise Bourgeois Haley may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied assignment of such an award nor whether any such award is free from or subject to debts of Olga M. Bowles, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

Payment of FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300.00) in EAJA attorney fees, costs, and expenses to Law Offices of Lawrence D. Rohlfing as assignee of Olga M. Bowles shall constitute a complete release from and bar to any and all claims Olga M. Bowles may have relating to EAJA fees in connection. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Law Offices of Lawrence D. Rohlfing.

This award is without prejudice to the rights of Denise Bourgeois Haley and Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **June 4, 2010**          /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

2